NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EBAY INC. AND MICROSOFT CORPORATION,**
*Plaintiffs-Appellees,*

AND

**CABELAS INC.,**
*Plaintiff-Appellee,*

v.

**KELORA SYSTEMS, LLC,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**KELORA SYSTEMS, LLC,**
*Plaintiff-Appellant,*

v.

**TARGET CORPORATION, AMAZON.COM, INC., OFFICE DEPOT,INC., COSTCO WHOLESALE CORPORATION, HEWLETT-PACKARD COMPANY, AUDIBLE, INC., AND ZAPPOS.COM, INC.,**
*Defendants-Appellees,*

AND

**DELL, INC.,**
*Defendant-Appellee,*

AND

**NEWEGG INC.,**
*Defendant-Appellee.*

---

2012-1474, -1475, -1476

---

Appeal from the United States District Court for the Northern District of California in No. 11-CV-1548, Judge Claudia Wilken.

---

**JUDGMENT**

---

ROBERT D. BECKER, Manatt, Phelps & Phillips, LLP, of Palo Alto, California, argued for the defendant-appellant, Kelora Systems, LLC. With him on the brief were RONALD S. KATZ and SHAWN G. HANSEN.

CONSTANTINE L. TRELA, JR., Sidley Austin, LLP, of Chicago, Illinois, argued for all plaintiffs-appellees and defendants-appellees. With him on the brief were RICHARD A. CEDEROTH and THEODORE W. CHANDLER, of Los Angeles, California, for defendants-appellees, eBay, Inc. et al. Also on the brief were GREGORY P. SITRICK, Quarles & Brady LLP, of Phoenix, Arizona; CHRISTOPHER J. FAHY, of Chicago, Illinois; JEFFREY L. FILLERUP, McKenna Long & Aldridge, LLP, of San Francisco, California, for defendants-appellees, Cabela's Inc.; JONATHAN S. FRANKLIN, Fulbright & Jaworski, L.L.P., of Washington, DC; DAN D. DAVISON, of Dallas, Texas; RICHARD S. ZEMBEK and DANIEL S. LEVENTHAL, of Houston, Texas; GILBERT A. GREENE and SHEILA KADURA, of Austin, Texas, for defendants-appellees, Target, et al.; JOSEPH A. MICALLEF and SCOTT M. BORDER, Sidley Austin, LLP, of Washington, DC, for defendant-appellee, Dell, Inc.; KIMBALL R. ANDERSON and KATHLEEN B. BARRY, of Winston & Strawn LLP, of Chicago, Illinois; KENT E. BALDAUF, JR., BRYAN P. CLARK and DANIEL H. BREAN, The Webb Law Firm, of Pittsburgh, Pennsylvania, for defendant-appellee, Newegg.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 19, 2013 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |